**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 5:26 CR 00126** |
| | ) | |
| **Plaintiff** | ) | **JUDGE: BRENNAN** |
| | ) | |
| **v.** | | |
| | ) | **MOTION TO SUPPRESS** |
| **FRANKLIN RODGERS** | | |
| **Defendant.** | | |

Defendant, through undersigned counsel, hereby moves this Honorable Court to suppress all evidence illegally obtained by the search of the defendant's car without a warrant and any alleged statements made by the defendant prior to receiving his Miranda rights.

The reasons in support of the underlying motion are set forth more fully in the attached Memorandum in Support, which is incorporated herein by reference. Mr. Rodgers respectfully respects an evidentiary hearing on this Motion.

**STATEMENT OF FACTS**

On November 25, 2025, Mr. Rodgers drove in a roundabout, struck a curb and caused damage to his car. Mr. Rodgers stopped his vehicle on S.R. 619 to call for help. Rodgers exited his vehicle to look at the damage when an unknown man pulled his own car directly behind Rodger's car. The man parked his vehicle immediately behind the Rodger's car and did not offer assistance or identify himself. Mr. Rodgers walked over to the unknown man and told him to leave because help was already called. Rodger's felt threatened because the man had a

gun on his hip and he reached for the gun. A verbal altercation began where Rodgers told the man to leave and the man told him to get away. Fearing for his safety and acting in self-defense, Rodgers swung his fist at the man, and the man tacked him to the ground. The unknown man never identified himself as off duty police officer. Miranda rights were not given to Rodgers by the man.

As Uniontown officers arrived at the scene, they encountered the unknown man on top of the face down defendant. Uniontown police immediately taser Roders without asking any questions. Rodgers immediately told Uniontown police that the man had a gun, and never said he was police or identified himself as such.

Uniontown police then searched Mr. Rodger's truck and found a gun in the passenger-door jacket.

Also, without Miranda warnings given, Officer Pierson interviewed Mr. Rodgers at Stark County jail about the use of force with the police and the incident. The interview was recorded on Pierson's body Worn Camera. The body camera was not provided to the defense in discovery but is referenced in ORI number OH0762500.

## LAW AND ARGUMENT

A. THE WARANTLESS SEARCH OF MR. RODGER'S CAR VIOLATD HIS FOURTH AMERNDAMENT RIGHTS.

Warrantless searches are presumptively unreasonable under the Fourth Amendment. *See, e.g., United States v. Loines,* 56 F.4th 1099, 1105 (6th Cir. 2023). To justify a warrantless search, the Government "bears the burden of demonstrating that an exception to the warrant

requirement applies." Id. *(citing United States v. Jeffers, 342 U.S. 48, 51, 72 S.Ct. 93, 96, L. Ed 59 (1951)).* Here, police did not have consent to search the vehicle and did not obtain a warrant. There was no "nexus" between the roadside scuffle with the unknown man and the vehicle. Police had no reason to believe the vehicle contained contraband. In fact, Mr. Rodgers was not asked at any time to perform field sobriety tests or blow into a breathalyzer because police did not believe him to be intoxicated. Rodgers had already called for roadside assistance before the unknown man intervened.

## CONCLUSION

For the foregoing reasons, the illegal search of Rodger's car without a warrant and any interviews in detention by police without Miranda Rights are violations of his constitutional rights and must be suppressed.

Respectfully submitted,

Respectfully submitted,
*/S/ RHONDA L. KOTNIK*

RHONDA L. KOTNIK
4735 Massillon Rd 434
Green, Ohio 44232
330-253-5533
rhondalkotnik@gmail.com

## PROOF OF SERVICE

I hereby certify that on September 26, 2026, a copy of the foregoing Defendant's Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

Respectfully submitted,
*/S/ RHONDA L. KOTNIK*
RHONDA L. KOTNIK
4735 Massillon Rd 434
Green, Ohio 44232
330-253-5533
rhondalkotnik@gmail.com